UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SMITHSON,<br>Plaintiff, | : | |
| v. | : | No. 2:26-cv-1638 |
| ANTHONY LETIZIO, DO,<br>Defendant. | : | |

**ORDER**

**AND NOW**, this 18th day of August, 2026, upon consideration of Defendant Anthony Letizio's Motion to Dismiss, ECF No. 9, Plaintiff William Smithson's Response in Opposition thereto, ECF No. 10, and for the reasons explained in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant Letizio's Motion to Dismiss, ECF No. 9, is **DENIED**.

2. **Within fourteen (14) days of the date of this Order**, Defendant shall answer the Complaint. *See* Fed. R. Civ. P. 12(a)(4).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge